# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ALESTA LOUISE BLACKFORD and <br> WINDY COLLEEN BLACKFORD, <br> <br> Plaintiffs, <br> vs. <br> <br> CITY OF GLADSTONE, MISSOURI and <br> MID-MISSOURI SECURITY <br> HOUSING, INC., <br> <br> Defendants. | No. 05-00126-CV-W-FJG |

## ORDER

Pending before the Court are: (1) Plaintiffs' Application for Substitution of Next Friend (Doc. No. 13); and (2) the parties' Joint Application for Order Directing Health Care Provider to Release Records (Doc. No. 15).

Upon Plaintiffs' Application for Substitution of Next Friend (Doc. No. 13) and for good cause appearing, plaintiffs' motion is **GRANTED.** It is hereby **ORDERED** that Sherri L. Edwards be, and she is hereby, substituted for David Blackford as Next Friend for the minor Plaintiffs Alesta Louise Blackford (born March 3, 2000) and Windy Colleen Blackford (born September 27, 2001).

Upon the Joint Application of the parties and for good cause appearing, the parties Joint Application for Order Directing Health Care Provider to Release Records (Doc. No. 15) is **GRANTED.** it is hereby **ORDERED** that each of the following health care providers release to Thomas E. Hankins, Hankins & Conklin, P.C., 6812 N. Oak, Suite 5, Gladstone, Missouri 64118, all records in their possession, custody or control which refer, relate or

pertain to Ashley Milne:

>Truman Medical Center Pharmacy
>2301 Holmes
>Kansas City, Missouri 64108
>
>___
>
>Truman Medical Center - Gold Clinic
>2301 Holmes
>Kansas City, Missouri 64108
>
>___
>
>John Campobasso, D.O.
>4716 N.E. Vivion Road
>Kansas City, Missouri   64119
>
>___
>
>Tri-County Mental Health Services, Inc.
>3100 N.E. 83rd Street, Suite1001
>Kansas City, Missouri 64119

It is further **ORDERED** that Mr. Hankins is directed to provide defense counsel with full and complete copies of all records produced pursuant to this order.

    **IT IS SO ORDERED.**


Date:  August 31, 2005      **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri     Fernando J. Gaitan, Jr.
    United States District Judge